UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDIA JACKSON,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE
BANK NA,

    Defendant.
_____/

Case No. 1:14-cv-529

HON. JANET T. NEFF

## **ORDER**

    This is a civil action involving a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued an Amended Report and Recommendation on June 17, 2014 recommending that this Court dismiss Plaintiff's complaint with prejudice for failure to state a claim upon which relief may be granted.  The Amended Report and Recommendation was duly served on the parties.  No timely objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

    **IT IS HEREBY ORDERED** that the Amended Report and Recommendation (Dkt 9) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

    A Judgment will be entered consistent with this Order.

Dated: July 10, 2014
                                                    /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge